IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAGUAR LAND ROVER LIMITED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 20-1552 (RGA) |
| AUDI OF AMERICA, LLC and AUDI AG, | ) ) ) |
| Defendants. | ) |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)**

The United States District Court for the District of Delaware presents its compliments to the Appropriate Judicial Authority of Germany and requests international assistance to effect service of process to be used in a civil proceeding before this court in the above-captioned matter. A hearing is not yet scheduled in this matter but will likely be in 2021 in Wilmington, Delaware, U.S.A.

**REQUEST**

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the Appropriate Judicial Authority of Germany effect service of process on:

**Audi AG**
**Auto-Union-Str. 1**
**85045, Ingolstadt, Germany**

Service is to be made upon **Audi AG** of the following documents:

**Complaint for Patent Infringement with Exhibits 1-12**
**Civil Cover Sheet with Addendum**
**Summons in a Civil Action**
**Report on the Filing or Determination of an Action Regarding a Patent or Trademark**
**Plaintiff's Corporate Disclosure Statement**

This Court requests that the Appropriate Judicial Authority of Germany serve the above-named documents by personal service into the hands of a **Audi AG** director, or through managing agent to another person authorized to accept service on behalf of **Audi AG**, or in a manner of service consistent with the laws of Germany.

## FACTS OF THE CASE

Jaguar Land Rover Limited ("Plaintiff") brings this action and makes the following allegations of patent infringement relating to U.S. Patent No. RE46,828 (the "'828 Patent" or the "Patent-in-Suit"). Defendant Audi AG ("Defendant") infringes the Patent-in-Suit in violation of the patent laws of the United States of America, 35 U.S.C. § 1 et seq.

## OFFER OF RECIPROCAL ASSISTANCE

The United States District Court for the District of Delaware is willing to provide similar assistance to the judicial authorities of Germany. See 28 U.S.C. § 1696(a).

## REIMBURSEMENT FOR COSTS

Counsel for Plaintiff is willing to reimburse the judicial authorities of Germany for costs incurred in executing the U.S. District Court's Letter Rogatory. Plaintiff's counsel is Matthew J. Moore. Latham & Watkins LLP, at 555 Eleventh Street NW, Suite 1000, Washington, District of Columbia 20004.

DATED: 12.15.20

[SEAL OF COURT]

Judge Richard G. Andrews
United States District Court Judge
District of Delaware
Wilmington, Delaware 19801
U.S.A.